[No. 27769-1-III. Division Three. February 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JORDAN DAVID KNIPPLING, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-00389-3, Gregory D. Sypolt, J., entered January 16, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 27866-2-III. Division Three. February 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. D.A.C., *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 08-8-00282-7, Carl N. Warring, J. Pro Tem., entered January 26, 2009. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.

[No. 38221-1-II. Division Two. February 3, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ROBERT HETZEL, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-00841-3, Richard D. Hicks, J., entered August 28, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J., and Armstrong, J.

[No. 38251-2-II. Division Two. February 3, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY LLOYD FLOWERS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-02831-7, James R. Orlando, J., entered September 5, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Armstrong, J.